IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00159-MSK-KLM


MISTER MONEY FINANCIAL SERVICES, INC., a Colorado company,

      Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

      Defendant.
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Motion of Mister Money Financial Services, Inc. To Postpone Procedural Dates [Docket No. 10; Filed February 14, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for March 19, 2008 at 2:30 p.m. is **vacated** and **RESET** to **April 30, 2008 at 9:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

      The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **April 23, 2008.**

      Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **April 23, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

      Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: February 19, 2008