IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00159-MSK-KLM

MISTER MONEY FINANCIAL SERVICES, INC., a Colorado company,

   Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

   Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' Joint Motion to Vacate Scheduling Conference and Related Deadlines and to Stay Proceedings Pending Entry of Stipulated Settlement [Docket No. 28; Filed June 24, 2008] (the "Motion"). The parties have informed the Court that they have reached a settlement which fully resolves the issues presented in the above-captioned case.

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for July 30, 2008 at 9:00 a.m. is **vacated**.

   IT IS FURTHER **ORDERED** that on or before **July 18, 2008**, the parties shall file a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a).

   IT IS FURTHER **ORDERED** that the Court stays all applicable case deadlines until adjudication of the parties' Stipulation of Dismissal.

Dated: June 25, 2008